DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CURT M. LOCKETT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3627

[February 8, 2018]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case Nos. 502008CF001348AXX, 502008CF007987AXX, 502008CF007988AXX, 502008CF007989AXX.

Curt M. Lockett, Sneads, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, KLINGENSMITH and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***